LeRoy BILLS, Appellant, v. DELTA MERCANTILE COMPANY et al., Respondents

No. 4514. Decided October 15, 1927. (261 P. 452.)

GIDEON, J.

This case, by stipulation of counsel, was consolidated for the purpose of trial in the lower court and presentation and submission to this court with the case of *Sorensen* v. *Bills,* 261 P. 450, just decided. The same facts are involved in

both. The judgment in the one controls the judgment in the other.

For the reasons assigned in *Sorensen* v. *Bills,* the judgment in the present case is affirmed, with costs taxed against appellant.

THURMAN, C. J., and CHERRY, STRAUP, and HANSEN, JJ., concur.